**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA
In The Supreme Court**

Debi Baker Brookshire, Petitioner,

v.

Community First Bank and Benjamin Hiott, Defendants,

Of Which Community First Bank is the Respondent.

Appellate Case No. 2022-000756

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Oconee County
J. Cordell Maddox, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2024-MO-009
Heard March 27, 2024 – Filed April 24, 2024

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

Warren Blair Giese and Kelly Lloyd Giese, both of The Giese Law Firm, LLC, of Columbia; and Jonathan D.

Waller, of Angell Molony, LLC, of Aiken, all for Petitioner.

Robert Yates Knowlton, Sr., and Elizabeth Halligan Black, both of Haynsworth Sinkler Boyd, PA, of Columbia, for Respondent.

———————

**PER CURIAM:** We granted certiorari to review the court of appeals' decision in *Brookshire v. Community First Bank*, 2022-UP-163 (S.C. Ct. App. filed April 6, 2022). After careful consideration of the Appendix and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW, JAMES and HILL, JJ., concur.**